# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01046-REB-PAC

JP ENTERPRISES, INC.,

    Plaintiff,

v.

YAHOO! INC.,
HDVE, LLC,
SPARK NETWORKS, PLC, and
INSIGHT DIRECT USA, INC.,

    Defendants.

## ORDER OF DISMISSAL
## OF DEFENDANT INSIGHT DIRECT USA, INC.

**Blackburn, J.**

The matter comes before the court on Plaintiff's **Notice of Dismissal With Regards to Insight Direct USA, Inc.** [#4] filed on June 13, 2006. After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims against defendant Insight Direct USA, Inc. should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Dismissal With Regards to Insight Direct USA, Inc.** [#4] filed on June 13, 2006, **IS APPROVED**;

    2. That plaintiff's claims against defendant Insight Direct USA, Inc., are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant Insight Direct USA, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated June 14, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**