**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01046-REB-PAC

JP ENTERPRISES, INC.,

    Plaintiff,

v.

YAHOO! INC.,
HDVE, LLC, and
SPARK NETWORKS, PLC,

    Defendants.

**ORDER OF DISMISSAL
OF DEFENDANT SPARK NETWORKS, PLC**.

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal With Prejudice Regarding Spark Networks, PLC** [#17], filed July 14, 2006.   After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims against defendant, Spark Networks, PLC, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal With Prejudice Regarding Spark Networks, PLC** [#17], filed July 14, 2006, **IS APPROVED**;

    2.  That plaintiff's claims against defendant, Spark Networks, PLC, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant, Spark Networks, PLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated July 18, 2006, at Denver, Colorado.

**BY THE COURT:**

<u>**s/ Robert E. Blackburn**</u>
**Robert E. Blackburn**
**United States District Judge**