## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-01046-REB-PAC

JP ENTERPRISES, INC.,

    Plaintiff,

v.

YAHOO! INC., and
HDVE, LLC,

    Defendants.

## AMENDED
## ORDER OF DISMISSAL
## AS TO DEFENDANT YAHOO, INC.

**Blackburn, J.**

The matter comes before the court *sua sponte* on the **Stipulation of Dismissal With Prejudice** [#30], filed December 12, 2006. The court entered an order dismissing the case [#31], on December 13, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that only plaintiff's claims against defendant Yahoo, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#30], filed December 12, 2006, is **APPROVED**;

2. That plaintiff's claims against defendant Yahoo, Inc. **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That defendant Yahoo, Inc. is **DROPPED** as a named party to this action, and the case caption is amended accordingly; and

4. That this order supplants and supersedes the **Order of Dismissal** [#31] entered December 13, 2006.

Dated December 13, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**